1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   CENTER FOR FOOD SAFETY, ET AL.,          No. C 11-00831 JSW
10           Plaintiffs,                      **ORDER SETTING BRIEFING
                                             SCHEDULE ON FEDERAL
11    v.                                     DEFENDANTS' MOTION TO
                                             DISMISS FOR IMPROPER
12  THOMAS J. VILSACK, ET AL.,               VENUE OR, IN THE
                                             ALTERNATIVE, TO TRANSFER
13           Defendants.                      VENUE**
    _____/
14
15          On February 28, 2011, Proposed Intervenor-Defendant Monsanto Company

16  ("Monsanto") filed a motion to intervene with which it submitted a proposed motion to dismiss,

17  transfer venue or stay the case.  (Doc. no. 14.)  Upon reassignment of this action, Monsanto

18  renoticed the motion to intervene for hearing on April 15, 2011, before the Undersigned.  On

19  March 2, 2011, Federal Defendants Vilsack and Animal and Plant Health Inspection Service

20  ("APHIS"), an agency within the United States Department of Agriculture, filed a motion to

21  dismiss for improper venue, or, in the alternative, to transfer venue.  (Doc. no. 23.)  On March

22  2, 2011, Plaintiffs filed a motion for temporary restraining order and preliminary injunction.

23  (Doc. no. 25.)

24          In the interests of judicial economy and avoidance of undue delay, the Court will

25  adjudicate Federal Defendants' motion to dismiss or transfer venue before reaching Monsanto's

26  motion to intervene or Plaintiffs' motion for temporary restraining order and preliminary

27  injunction.  Accordingly, the Court ORDERS that Plaintiffs shall file an opposition to Federal

28  Defendants' motion to dismiss or transfer venue by 4:00 p.m. PST on March 8, 2011.  In their

1   opposition papers, Plaintiffs must address the question whether the February 4, 2011, EA and

2   FONSI challenged in this action are also at issue in the action filed in the District Court for the

3   District of Columbia, *Grant v. Vilsack*, No. 11-308 JDB (D.D.C. February 7, 2011) (*Sugar

4   Beets III*).  Federal Defendants shall file a reply by 4:00 p.m. PST on March 11, 2011.

5          The hearing on Federal Defendants' motion to dismiss for improper venue, or, in the

6   alternative, to transfer venue, noticed for April 15, 2011, is hereby VACATED.  If the Court

7   determines that oral argument is necessary to decide the matter, it will issue notice of a hearing

8   date.  If the parties wish to modify this schedule, they may submit for the Court's consideration

9   a stipulation and proposed order demonstrating good cause for any modification requested.

10         **IT IS SO ORDERED.**

11

12  Dated:  March 3, 2011

13                                                                         _____
                                                                           JEFFREY S. WHITE
                                                                           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28